THE MAYOR AND ALDERMEN OF JERSEY CITY ET AL.,
   DEFENDANTS IN ERROR, v. WILLIAM H. SPEER, CIR-
   CUIT JUDGE, AND LEHIGH VALLEY RAILROAD COM-
   PANY ET AL., PLAINTIFFS IN ERROR.

Argued March 10, 1910—Decided June 20, 1910.

On error to Supreme Court, whose opinion is reported in
49 *Vroom* 34.

For the Lehigh Valley Railroad Company of New Jersey,
plaintiff in error, *Charles L. Corbin* and *Gilbert Collins.*

For the New Jersey Warehouse and Guaranty Company,
plaintiff in error, *James B. Vredenburgh* and *Albert C. Wall.*

For the defendants in error, *Warren Dixon.*

PER CURIAM.

We agree with the Supreme Court in its construction of
the supplement of 1891 to the so-called Martin act (*Pamph.
L.* 1886, *p.* 149; *Gen. Stat., p.* 3370; *Pamph. L.* 1891, *p.*
393; *Gen. Stat., p.* 3384, *pl.* 451), as expressed in the opin-
ion delivered by Mr. Justice Garrison in that court. We find
it unnecessary to pass upon the constitutional question dis-
cussed in that opinion.

The judgment under review should be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDEN-
BURGH, VROOM, GRAY, CONGDON, JJ.   11.

*For reversal*—None.